# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

COREY EISENBERG,

    Plaintiff(s),

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant(s).

Case No. 2:25-cv-00208-NJK

**ORDER**

Pending before the Court is a joint status report that also includes a proposed case management schedule. Docket No. 9. The local rules provide detailed requirements regarding the presentation of a proposed discovery plan and scheduling order. Local Rule 26-1. The parties must file a proposed discovery plan and scheduling order in compliance with the local rules by March 11, 2025.

IT IS SO ORDERED.

Dated: March 4, 2025

                                                                               Nancy J. Koppe
United States Magistrate Judge