# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY EISENBERG,<br><br>    Plaintiff(s),<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>    Defendant(s). | Case No. 2:25-cv-00208-NJK<br><br>**ORDER** |

The captions in Defendant's filings identify the address for Attorney Laura Brown as <u>Suite 300</u> at 170 S. Green Valley Parkway. *E.g.*, Docket No. 12 at 1. Attorney Brown's CMECF account, by contrast, identifies her address as <u>Suite 400</u> at 170 S. Green Valley Parkway. Attorney Brown must file a notice identifying her correct address by March 19, 2025. To the extent Attorney Brown's CMECF account is inaccurate, she must take immediate action to correct it. *See, e.g.*, Local Rule IC 2-1(g).

IT IS SO ORDERED.

Dated: March 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge