UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

COREY EISENBERG,

    Plaintiff(s),

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant(s).

Case No. 2:25-cv-00208-RFB-NJK

**Order**

    Although she has not appeared as counsel of record, on March 19, 2025, attorney Hayley Price approved the filing of the parties' third proposed discovery plan on behalf of Plaintiff. Docket No. 17-1 at 2. As there continued to be many problems with the third proposed discovery plan, the Court ordered Attorney Price to read the local rules and to file a declaration attesting to having done so by March 31, 2025. Docket No. 18 at 2-4. To ensure that Attorney Price received notice of that directive, the Court also ordered attorneys of record Brian Elstein and Brigette Elizabeth Foley-Peak to provide Attorney Price with a copy of the order. *Id.* at 4. For reasons unknown, Attorney Price did not file the required declaration. Attorney Price is again **ORDERED** to read the local rules[1] in their entirety and file a declaration of compliance by April 14, 2025. **Failure to comply with this order may result in the imposition of sanctions.**

    The Nevada bar website identifies Attorney Price's email as hayley@bernsteinslaw.com. The Court **INSTRUCTS** the Clerk's Office to send a copy of this order and the earlier order (Docket No. 18) to Attorney Price at this email address.

    IT IS SO ORDERED.

    Dated: April 7, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] The currently operative local rules were approved on April 17, 2020, and can be obtained on the Court's website.