UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COREY EISENBERG,<br><br>        Plaintiff(s),<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>        Defendant(s). | Case No. 2:25-cv-00208-RFB-NJK<br><br>**Order**<br><br>[Docket No. 28] |

Pending before the Court is a stipulation to extend case management deadlines. Docket No. 28. As discussed at the hearing, the Court has serious concerns as to the lack of diligence to date. Moreover, while ongoing medical treatment can in some ways impact discovery, continuing treatment is a common circumstance in personal injury cases and the Court cannot hold discovery open *ad infinitum* for all medical treatment to conclude. At some point, expert reports must be disclosed with unfinished treatment addressed as future damages and with the potential for supplemental reports if appropriate. Given the joint nature of the request and as a <u>one-time</u> courtesy to the parties, the Court will allow the extension sought despite the shortcomings identified. To be perfectly clear, the Court will not afford such leniency in the future. The Court is not inclined to extend these deadlines again and any future extension request must make a robust showing of diligence.

For the reasons discussed above, the Court **GRANTS** the stipulation to extend case management deadlines. Case management deadlines are **RESET** as follows:

- Initial experts:  March 2, 2026
- Rebuttal experts:  April 2, 2026
- Discovery cutoff:  May 4, 2026
- Dispositive motions:  June 4, 2026

- Joint proposed pretrial order: July 6, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: August 18, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge