SHAYNE L. WULTERIN, ESQ.
Nevada Bar No.: 7565
ERAN S. FORSTER, ESQ.
Nevada Bar No.: 11124
KAHANA | FELD, LLP
2285 Corporate Circle, Suite 230
Henderson, Nevada 89074
Tel: (702) 637-3955
Fax: (949) 245-7597
Email: swulterin@kahanafeld.com
eforster@kahanafeld.com

*Attorneys for Defendant,*
*MARRIOTT INTERNATIONAL, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COREY EISENBERG,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO. 2:25-cv-00208-RFB-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CASE** |

IT IS HEREBY STIPULATED by and between PLAINTIFF, COREY EISENBERG, through his counsel of record, Brian L. Elstein, Esq. and Ines Olevic-Saleh, Esq., of JACK BERNSTEIN INJURY LAWYERS, and DEFENDANT, MARRIOTT INTERNATIONAL, INC. by and through its counsel of record, Shayne L. Wulterin, Esq. and Eran S. Forster, Esq., of KAHANA & FELD LLP, that the above-referenced matter be dismissed with prejudice. This will resolve the matter as to all parties and causes of action, and the matter should be dismissed in its entirety.

/ / /

/ / /

/ / /

Each party will bear their own fees and costs.

DATED this 22nd day of October, 2026

KAHANA & FELD, LLP

/s/ *Eran S. Forster, Esq.*

SHAYNE L. WULTERIN, ESQ.
Nevada Bar No.: 7565
ERAN S. FORSTER, ESQ.
Nevada Bar No.: 11124
KAHANA | FELD, LLP
2285 Corporate Circle, Suite 230
Henderson, Nevada 89074
Tel: (702) 637-3955
Fax: (949) 245-7597
Email: swulterin@kahanafeld.com; eforster@kahanafeld.com
*Attorneys for Defendant,*

DATED this 22nd day of October, 2026

JACK BERNSTEIN INJURY LAWYERS

/s/ *Ines Olevic-Saleh, Esq.*

Brian L. Elstein, Esq.
Nevada Bar No.: 16529
Ines Olevic-Saleh, Esq.
Nevada Bar No.: 11431
JACK BERNSTEIN INJURY LAWYERS
3097 E. Warm Springs Road, Bldg. 4, Ste. 200
Las Vegas, NV 89120
Phone: (702) 623-2333
Fax: (800) 734-1941
Email: Brian@bernsteinslaw.com; Ines@bernsteinslaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on 28th day of October, 2026, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE OF CASE** was filed and served upon the following by the method indicated:

| | |
|---|---|
| Brian L. Elstein, Esq.<br>Nevada Bar No.: 16529<br>Ines Olevic-Saleh, Esq.<br>Nevada Bar No.: 11431<br>**JACK BERNSTEIN INJURY LAWYERS**<br>3097 E. Warm Springs Road, Bldg. 4, Ste. 200<br>Las Vegas, NV 89120<br>Phone: (702) 623-2333<br>Fax: (800) 734-1941<br>Email: Brian@bernsteinslaw.com<br>Ines@bernsteinslaw.com<br>*Attorneys for Plaintiff* | ☐ via U.S. Mail<br>☐ via Hand Delivery<br>☐ via Facsimile<br>☐ via Overnight Delivery<br>☒ via CM/ECF<br>☐ via Electronic Mail |

*/s/ Whitney Jordan*
Whitney Jordan, An Employee of KAHANA & FELD, LLP

**RE: Eisenberg v. Marriott International - Settlement Release (Our File No. 11107.1)**

**From** Ines Olevic-Saleh <Ines@bernsteinslaw.com>
**Date** Thu 10/22/2026 12:03 PM
**To** Whitney Jordan <wjordan@kahanafeld.com>; Brian Elstein <Brian@bernsteinslaw.com>; Edith Montano <Edith@bernsteinslaw.com>; Natalie Caramela <Natalie@bernsteinslaw.com>; Jack Bernstein <Jack@bernsteinslaw.com>
**Cc** Shayne Wulterin, Esq. <swulterin@kahanafeld.com>; Diane Meza <dmeza@kahanafeld.com>; Eran Forster, Esq. <eforster@kahanafeld.com>; Marissa Jimenez <mjimenez@kahanafeld.com>

Thank you Whitney.
You have my permission to file with the Court.

Best regards,

***Ines Olevic-Saleh***
***Attorney***

**JACK BERNSTEIN INJURY LAWYERS**
3097 E Warm Springs Rd., Bldg. 4, Ste 200
Las Vegas Nevada 89120
Phone: (702) 623-2333 extension 122
Fax: 1 (800) 734-1941

---

**From:** Whitney Jordan <wjordan@kahanafeld.com>
**Sent:** Thursday, October 22, 2026 10:13 AM
**To:** Ines Olevic-Saleh <Ines@bernsteinslaw.com>; Brian Elstein <Brian@bernsteinslaw.com>; Edith Montano <Edith@bernsteinslaw.com>; Natalie Caramela <Natalie@bernsteinslaw.com>; Jack Bernstein <Jack@bernsteinslaw.com>
**Cc:** Shayne Wulterin, Esq. <swulterin@kahanafeld.com>; Diane Meza <dmeza@kahanafeld.com>; Eran Forster, Esq. <eforster@kahanafeld.com>; Marissa Jimenez <mjimenez@kahanafeld.com>
**Subject:** Re: Eisenberg v. Marriott International - Settlement Release (Our File No. 11107.1)

Good Morning Counsel,

When possible, please confirm that your office has successfully received payment for your client.

Please also find attached the drafted Stipulation for Dismissal with Prejudice of Case and [Proposed] Order for Dismissal with Prejudice of Case.

Please let us know any edits you may have and your approval to file with the court.

Thank you,

KA
2285

https://url.avanan.click/v2/r01/___www.kahanafeld.com___.YXAzOmphY2stYmVybnN0ZWluLWluanVyeS1sYXd5ZXItZmY4MmMzZDc6YTpvOjMyZWVkOTJlM2Q5O

---

**From:** Whitney Jordan <wjordan@kahanafeld.com>
**Sent:** Monday, September 14, 2026 7:41 AM
**To:** Ines Olevic-Saleh <Ines@bernsteinslaw.com>; Brian Elstein <brian@bernsteinslaw.com>; Edith Montano <edith@bernsteinslaw.com>; Natalie Caramela <natalie@bernsteinslaw.com>; Jack Bernstein <jack@bernsteinslaw.com>
**Cc:** Shayne Wulterin, Esq. <swulterin@kahanafeld.com>; Diane Meza <dmeza@kahanafeld.com>
**Subject:** Re: Eisenberg v. Marriott International - Settlement Release (Our File No. 11107.1)

Good Morning Counsel,

We have received the signed release.

When possible, can someone please provide your office's signed W9?

Thank you,

KAHA
2285 Corpo
Hende
https://url.avanan.click/v2/r01/___www.kahanafeld.com___.YXAzOmphY2stYmVybnN0ZWluLWluanVyeS1sYXd5ZXItZmY4MmMzZDc6YTpvOjMyZWVkOTJlM2Q5O

E-MAIL

SHAYNE L. WULTERIN, ESQ.
Nevada Bar No.: 7565
ERAN S. FORSTER, ESQ.
Nevada Bar No.: 11124
KAHANA | FELD, LLP
2285 Corporate Circle, Suite 230
Henderson, Nevada 89074
Tel: (702) 637-3955
Fax: (949) 245-7597
Email: swulterin@kahanafeld.com
eforster@kahanafeld.com

*Attorneys for Defendant,*
*MARRIOTT INTERNATIONAL, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COREY EISENBERG,

Plaintiff,

vs.

MARRIOTT INTERNATIONAL, INC., DOES 1 through 100; and ROE CORPORATIONS 101 through 200,

Defendants.

CASE NO. 2:25-cv-00208-RFB-NJK

**ORDER FOR DISMISSAL WITH PREJUDCIE OF CASE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-referenced matter be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), as to all parties and all causes of action.

Each party will bear their own fees and costs.

IT IS SO ORDERED.
Dated: October 29, 2026

**Richard F. Boulware**
**United States District Court Judge**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on 28th day of October, 2026, a true and correct copy of the foregoing **ORDER FOR DISMISSAL WITH PREJUDCIE OF CASE** was filed and served upon the following by the method indicated:

| | |
|---|---|
| Brian L. Elstein, Esq.<br>Nevada Bar No.: 16529<br>Ines Olevic-Saleh, Esq.<br>Nevada Bar No.: 11431<br>**JACK BERNSTEIN INJURY LAWYERS**<br>3097 E. Warm Springs Road, Bldg. 4, Ste. 200<br>Las Vegas, NV 89120<br>Phone: (702) 623-2333<br>Fax: (800) 734-1941<br>Email: Brian@bernsteinslaw.com<br>Ines@bernsteinslaw.com<br>*Attorneys for Plaintiff* | ☐ via U.S. Mail<br>☐ via Hand Delivery<br>☐ via Facsimile<br>☐ via Overnight Delivery<br>☒ via CM/ECF<br>☐ via Electronic Mail |

*/s/ Whitney Jordan*

Whitney Jordan, An Employee of KAHANA & FELD, LLP